**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Felix RODRIGUEZ–GASPAR,**
**Defendant–Appellant.**

No. 04–50451.
Conference Calendar.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Felix Rodriguez–Gaspar raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the judgment of the district court is AFFIRMED.